IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYREE LAWSON** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **M. OVERMYER, Superintendent of SCI Forest, et al., THE DISTRICT ATTORNEY OF THE COUNTY OF MONTGOMERY and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA** | : : : : : | NO.   14-135 |

### ORDER

**NOW,** this 9th day of February, 2022, upon consideration of petitioner's Rule 59(e) Motion to Alter or Amend Judgment (Doc. No. 63), the response, and the reply, it is **ORDERED** that the motion is **DENIED.**

/s/TIMOTHY J. SAVAGE